HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar # 254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN MANUEL PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00238 LJO-SKO-1 |
|---|---|---|
| | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS *IN LIMINE* SCHEDULE, TRIAL CONFIRMATION HEARING AND TRIAL DATE; ORDER THEREON |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN MANUEL PEREZ, | ) | **Trial Confirmation**: |
| | ) | Date:    07/14/14, at 8:30 a.m. |
| | ) | **Trial** |
| Defendant. | ) | Date:    07/22/14, at 8:30 a.m. |
| | ) | Judge:  Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the trial date currently set for Tuesday July 8, 2014, **may be continued to July 22, 2014, at 8:30 a.m.**  It is further requested that dates set forth in the Court's pretrial order be moved to dates and times which correspond to the requested new jury trial date of July 22, 2014.

IT IS FURTHER STIPULATED that the time for filing of motions *in limine* shall be continued to June 30, 2014; the filing of response/opposition to motions *in limine* shall be continued to July 7, 2014.  The trial confirmation hearing may be set for July 14, 2014, at 8:30 a.m., at which time the Court will resolve any outstanding motions.

/ / /

/ / /

1    The parties make this request for continuance to allow additional time for the parties to
file, and for the court to consider, motions *in limine*.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  June 3, 2014                    /s/ *Michael S. Frye*
                                        MICHAEL S. FRYE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Dated:  June 3, 2014                    /s/ *Andras Farkas*
                                        ANDRAS FARKAS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN MANUEL PEREZ


**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated:   **June 3, 2014**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE