HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar # 254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JUAN MANUEL PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00238 LJO-SKO-1 |
|---|---|
| *Plaintiff,* | STIPULATION TO CONTINUE PRE-TRIAL SCHEDULE; ORDER THEREON |
| v. | **Trial Confirmation/Motions In Limine**: Date:   07/14/14, at 8:30 a.m. |
| JUAN MANUEL PEREZ, | **Trial** Date:   07/22/14, at 8:30 a.m. Judge:   Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a pre-trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Jury Voir Dire | June 30, 2014 | July 7, 2014 |
| Witness Lists | June 30, 2014 | July 7, 2014 |
| Objections to Jury Instructions | June 30, 2014 | July 7, 2014 |
| Trial Briefs | June 30, 2014 | July 7, 2014 |
| Trial Exhibits | July 3, 2014 | July 14, 2014 |

The requested continuance is being requested as the new Trial Confirmation and Trial Dates have been moved to July 14, 2014 and July 22, 2014, respectively.  The requested continuance will conserve time and resources for all parties and the court.

/ / /

                          Respectfully submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney

Dated:  June 23, 2014          /s/ *Michael S. Frye*
                          MICHAEL S. FRYE
                          Assistant United States Attorney
                          Attorney for Plaintiff


                          HEATHER E. WILLIAMS
                          Federal Defender

Dated:  June 23, 2014          /s/ *Andras Farkas*
                          ANDRAS FARKAS
                          Assistant Federal Defender
                          Attorney for Defendant
                          JUAN MANUEL PEREZ

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 24, 2014
                          /s/ LAWRENCE J. O'NEILL
                          United States District Judge