BENJAMIN B. WAGNER
United States Attorney
Michael S. Frye
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JUAN MANUEL PEREZ,<br><br>              Defendant. | CASE NO. 1:13-CR-00238 LJO<br><br>STIPULATION AND ORDER CONTINUING TRIAL DATE |

**STIPULATION RE: CONTINUANCE**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that a continuance of the trial date in this matter is necessary and hereby request an order vacating the current trial date of July 22, 2014, and setting a new trial date of August 12, 2014.  This request is made to secure the trial attendance of a necessary witness for the government who is unavailable for the July 22, 2014, trial date.  The parties further stipulate that the date for filing trial briefs, trial exhibits, and witness lists shall be July 28, 2014.

   The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  July 3, 2014          Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Michael S. Frye
                                    MICHAEL S. FR/YE
                                    Assistant United States Attorney

DATED:  July 3, 2014

                                    /s/ Andras Farkas
                                    ANDRAS FARKAS
                                    Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that trial in this matter is continued from July 22, 2014, to August 12, 2014, and that the trial briefs, trial exhibits, and witness lists shall be filed by July 28, 2014.  The court further finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance of the trial date is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

     Dated:  **July 3, 2014**                         **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE