BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
PATRICK R. DELAHUNTY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00238 LJO |
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE |
| v. | |
| JUAN MANUEL PEREZ, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, that a pre-trial schedule be set as follows:

Whereas, a superseding indictment was filed on July 3, 2014 in this matter, adding a new count

to the original indictment; and,

Whereas, the Court ordered on July 3, 2014, after stipulation by the parties ("July 3

Stipulation"), that the trial be continued from July 22, 2014 to August 12, 2014; and,

Whereas, the July 3 Stipulation expressly continued filing dates for certain pre-trial filings, but

was silent as to other filings (including proposed jury instructions and verdict forms); and,

Stipulation                                                        1

1     Whereas, to avoid any unnecessary motion practice regarding the stipulation and conserve

2   judicial resources, the parties agree that jury instructions and verdict forms to contemplate the

3   superseding indictment, including objections, will also be filed on July 28, 2014 and the parties shall

4   meet and confer again as necessary before filing.

5     **IT IS SO STIPULATED.**

6

7   DATED:  July 8, 2014         Respectfully submitted,

8                               BENJAMIN B. WAGNER
                                United States Attorney
9

10                              /s/ Michael S. Frye_____
                                MICHAEL S. FRYE
11                              Assistant United States Attorney

12  DATED:  July 8, 2014

13                              /s/ Andras Farkas
                                ANDRAS FARKAS
14                              Counsel for Defendant

15

16                          **[PROPOSED] O R D E R**

17     Based on the stipulation of counsel and for good cause, it is ORDERED that jury instructions

18  and verdict forms to contemplate the superseding indictment, including objections, will be filed on July

19  28, 2014 and the parties shall meet and confer as necessary before such filings.

20

21

22  IT IS SO ORDERED.

23     Dated:  **July 9, 2014**          ____**/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

    Stipulation                    2