# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN MANUEL PEREZ,<br><br>    Defendant. | 1:13-cr-00238-LJO-SKO-1<br><br>ORDER PURSUANT TO DECISION OF THE NINTH CIRCUIT COURT OF APPEALS REGARDING RESENTENCING |

The Court has received and reviewed the opinion of the Ninth Circuit Court of Appeals, Doc. 78, incorporated hereto by reference. Pursuant to the mandates of that opinion, the Court hereby:

1. Sets the matter out for resentencing on Monday, September 26, 2016 at 10:00 a.m.;

2. Orders the Defendant to be transported from the prison where he is currently housed to the Court for that resentencing hearing;

3. Requires both the AUSA and Defense Counsel to file Sentencing Memoranda prior to September 16th;   and

4. Requests a new PSR from Probation.

IT IS SO ORDERED.

   Dated:   **July 20, 2016**              /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

1