1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  JUAN MANUEL PEREZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:13-cr-0238 LJO
                                     )
12              Plaintiff,           )  STIPULATION AND ORDER TO CONTINUE
                                     )  RESENTENCING HEARING
13  vs.                              )
                                     )  DATE:  December 12, 2016
14  JUAN MANUEL PEREZ,               )  TIME:    10:00 a.m.
                                     )  JUDGE: Hon. Lawrence J. O'Neill
15              Defendant.           )
                                     )
16  _____  )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their

19  respective counsel that the resentencing hearing in the above-captioned matter currently set for

20  Monday, September 26, 2016 may be continued to **Monday, December 12, 2016 at 10:00 a.m.**

21  Additionally, the sentencing memo to be filed by both the AUSA and Defense Counsel currently

22  due September 16, 2016, shall be due on or before December 2, 2016.

23        The requested date takes into consideration the fact that defense counsel has not met Mr.

24  Perez, and that Victorville USP, where Mr. Perez continues to be incarcerated, has been on lock

25  down making communication with inmates particularly challenging.  Once Mr. Perez is returned

26  to Fresno, defense counsel needs time to build a relationship with him, and conduct due diligence

27  with respect to any investigation needed to acquire information relevant to the factors this Court

28  must consider at sentencing under 18 U.S.C. § 3553.

1     As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

2  Act.

3                                                        Respectfully submitted,

4                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
5
   DATED:  August 9, 2016                               */s/ Patrick R. Delahunty*
6                                                        PATRICK R. DELAHUNTY
                                                         Assistant United States Attorney
7                                                        Attorney for Plaintiff

8
                                                         HEATHER E. WILLIAMS
9                                                        Federal Defender

10
   DATED:  August 9, 2016                               */s/ Peggy Sasso*
11                                                       PEGGY SASSO
                                                         Assistant Federal Defender
12                                                       Attorney for Defendant
                                                         JUAN MANUEL PEREZ
13

14

15

16

17                            **O R D E R**

18        Granted, with the understanding that if action needs to be taken to have the Defendant

19 Transferred to Fresno, that process begin immediately by Defense Counsel.  No further

20 Continuances.

21
   IT IS SO ORDERED.
22

23     Dated:   **August 10, 2016**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE
24

25

26

27

28